IN THE UNITED STATES District COURT

6/29/05

FOR THE WESTERN District OF pennsylvania

HENRY TERRill Rellie
     Petitioner

    V.

Superintendent Raymond

COllERAN   Respondents

C.A. NO. 05-132 ERIE

united STATES magistrate Judge

SUSAN PARADISE BAXTER

Appeal To District Judge pursuant to local Rule 72.1.3 B.

PETITIONER respectfully objects to the recent order of the Honorable SUSAN PARADISE BAXTER united States magistrate Judges denial of petitioner motion to request Attorney.

Petitioner, contends that his request for An Attorney to Assist him with his pending petition for writ of habeas corpus was filed in good faith, not under the Assumption that he has A Federal right to habeas corpus counsel.

This Timely objection is filed in good faith, And request this Honorable court to reconsider its current order And in the Intrest of Justice under § 3006. A (a) (2) ~~filed~~ ~~petition~~ ~~the~~ could you Appoint habeas corpus Attorney to Assist petitioner where he is unable to Afford An private Attorney An is unable to proFect An Adequate habeas corpus petition, to Substantiate his Allegation of being unlawfully held in custody And or facts within his entire trial transcripts, which petitioner was never Furnished A copy by Any Counsel At his state Appellate proceedings.

Absent these documents is A hinderance from establishing petitioners Federal violations, with the Assistance of counsel this may relieve the burden of Petitioner presenting his federal issues not Adequate memorandum of law. Adding more substance to his current pending habeas corpus petition

Petitioner, respectfully request this court to honor this Objection in the interest of Justice 3006 A (a) (2) and grant habeas corpus Attorney

Respectfully

Henry Rollie

Henry Rollie