DATE
6/30/05

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HENRY TEROIL ROLLIE
PETITIONER

V.

SUPERINTENDENT RAYMOND
COLLERAN   Respondents

C.A. NO 05-132 ERIE

DISTRICT Judge McLaughlin

Magistrate Judge Baxter

### Appeal To District Judge Pursuant To local Rule 72.1.3 B

I Henry T Rollie understand that the Respondent fails to provide your court with All Relevant state court Records. I would like to Request that if your courts Receive All the Records Including Transcripts may I be entitled to Receive copies of the Transcripts as your courts no that I Mr. Rollie can't perfect a good Brief without my Documents. Without my notes my brief would not be fully draft and may become boiler plate As Im claiming my Innocents in this petition And being held unlawfully in state custody I would like to provide your courts with sufficient facts to support each of my grounds And the only how I can show proof of my Innocent Is through the Transcripts. The lower courts of Erie should be in violation for not Turning over the court records not only To me but For your courts Also Im suffering do to Erie County courts not Turning over the Records And Abiding by the rules.

Please Take in consideration the above mentioned Request And please reconsider your order.

6-30-05
No-05-132-Erie

Henry Rollie