IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HENRY TEROIL ROLLIE,** | ) |
| Petitioner, | ) |
| | ) 1:05cv132 |
| v. | ) |
| | ) |
| **SUPERINTENDENT RAYMOND COLLERAN, et al.,** | ) |
| | ) |
| Respondents. | ) |

### ORDER

AND NOW, *to wit,* this 8th day of July, 2005, the Petitioner having filed with the Court this Appeal,

IT IS HEREBY ORDERED that the Appeal is DENIED. The June 27, 2005 Order of United States Magistrate Judge Baxter [Doc. No. 6] denying Petitioner's motion to appoint counsel is AFFIRMED.

                                                                  s/ Sean J. McLaughlin
                                                                  United States District Judge