IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HENRY TEROIL ROLLIE,** | ) |
| Petitioner, | ) |
| | )     1:05cv132 |
| v. | ) |
| | ) |
| **SUPERINTENDENT RAYMOND COLLERAN, et al.,** | ) |
| | ) |
| Respondents. | ) |

## ORDER

AND NOW, *to wit,* this 8th day of July, 2005, the Petitioner having appealed the June 27, 2005 Order of United States Magistrate Judge Baxter [Doc. No. 7] denying his motion for an order requiring the Erie County Court of Common Pleas to provide transcripts of Petitioner's state court proceedings,

IT IS HEREBY ORDERED that the Appeal is DENIED. The June 27, 2005 Order of United States Magistrate Judge Baxter [Doc. No. 7] is AFFIRMED.

                                           s/ Sean J. McLaughlin
                                           United States District Judge

cm: All parties of record.