8-1-05

Henry Rollie

C.A NO. 05-132 Erie

Responding to Commonwealth Answer To Petition For Habeas Corpus.

I Henry Rollie recieved the Commonwealth Answer To Petition For Habeas Corpus Relief. Commonwealth has stated that I Henry Rollie did not exhast my Remidies In state court. All my Issues that I'll be raising In your court has been bought to the lower court on PCRA And on Appeal to Superior court the commonwealth stated that my petition is silent on my claims I was only Aloud to put so much INFO down on the Application For Habeas corpus your court does not Aloud Addititinal pages to be Attached to the Application For Habeas corpus I did the best I could on the Application I didn't want to mess Anything up I only get one chance At this motion to prove my Innoccents in this matter if you have any documents from the lower court you'll see All my claims that was mention IN my PCRA And All Supplements Filed by me And you'll Also see the Superior court Version IN the Western District. the commonwealth has stated that my claims were never bought up on direct Appeal which they Are correct thats why I Filed the post conviction Relief In the First place And continued to Superior court on my claims I Henry Rollie would just like to Inform your court that my claims has been exhasted IN state court And Superior court these Allegations that the Commonwealth Are untrue

iF you would like documents I'll Forward them to your court to show m claims was exhasted  Thank you Henry Rollie  Henry Rollie