IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HENRY TEROIL ROLLIE  : CIVIL ACTION NO. 1:05-CV-132
: 
       Petitioner  :
:
   v.  :
:
SUPERINTENDENT RAYMOND  :
COLLERAN, et al.  :
:
       Respondents  :
:

### PETITION FOR APPOINTMENT OF COUNSEL

TO THE HONORABLE SEAN J. McLAUHLIN; <u>Henry Teroil Rollie</u>, Pro se in the above mentioned caption, Pursuant to Pennsylvania Constitution Article 1 § 9 and 42 Pa., C.S.A. § 2501, and respectfully requests that this Honorable Court appoint counsel to represent Petitioner in this action before the Honorable Court, in the interest of justice under § 3006.A (a)(2) for the following reasons:

1) The Petitioner has an extreme limited education level.
2) The Petitioner is unable to afford counsel.
3) The issues involved in this case are extremely complex and will require significant research and investigation.
4) The institution limits the access to the law library and materials contained therein are very limited.
5) The ends of justice, would be best served in this action if an attorney were appointed to represent the Petitioner.

    WHEREFORE, for the foregoing reasons the petitioner respectfully prays this Honorable Court to GRANT this Petitioner leave for appointment of counsel in Forma Pauperis.

9-8-05

Respectfully submitted,

*Henry Rollie*
Henry Teroil Rollie
#DP-1995
P.O. Box 256
Waymart, PA 18472

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HENRY TEROIL ROLLIE             : CIVIL ACTION NO. 1:05-CV-132
                                :
            Petitioner          :
                                :
        v.                      :
                                :
SUPERINTENDENT RAYMOND          :
COLLERAN, et al.                :
                                :
            Respondents         :

PROOF OF SERVICE

    I, the undersigned, verify that I have served a complete copy of these petitions(s) to the below indicated person(s) via first class mail to:

Clerk of Courts
140 West 6th Street
Erie, PA 16501

Roger M. Bauer
Office of the District Attorney
140 West 6th Street
Erie, PA  16501

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HENRY TEROIL ROLLIE             : CIVIL ACTION NO. 1:05-CV-132
                                :
         Petitioner              :
                                :
    v.                          :
                                :
SUPERINTENDENT RAYMOND           :
COLLERAN, et al.                :
                                :
         Respondents             :

## VERIFICATION

I, the undersigned, verify that the above statement is true and correct and that any false statement herein, are made subjected to title 18 Pa. C.S.A. § 4904 relating to unsworn falsification to authorities.

9-8-05

Respectfully submitted,

Henry Rollie
Henry Teroil Rollie
#DP-1995
P.O. Box 256
Waymart, PA 18472