```
ERIE County Courthouse      11-27-05        Criminal
                            NO:
Clerk of Courts             02-840-2002     Division

140 West 6th St
ERIE, PA                    C.A. NO. 05-137 - ERIE Western District
```

## Motion For Jury Transcripts, Jury Selection, Jury slips, Jury verdict slips, Jury servey slips

Im coming to your Courts requesting the Above documents I have a writ of habeas corpus docket at C.A. NO: 05-137 ERIE Western District the district Attorneys office provided me with All Trial Transcripts except the Above request Im in need of the Above documents to protect my claims I filed a motion once to the Courts requesting these documents but I got no respond I am proceeding pro se In my writ of habeas corpus Appeal I request All documents Above ASAP

Thank You
c/c Henry T. Railie 11-27-05

```
Copies Sent to                    Susan paradise Baxter
Brad Foulk, District Attorney     United States Magistrate Judge
Erie County Courthouse            United States District Court
140 W 6th Street                  Western District of PA
Erie, PA 16501-1030               17 South park Row Room
                                  A300 Erie PA 16501

Erie County Courthouse
Clerk of Courts
140 W 6th St Erie PA 16501
```