NO 02840-2002

C.A. NO 05-132 - ERIE Western district

Motion for Jury Transcripts, verdict slips, Jury servey slips I was sent all my Transcripts except the above Request I was told by the lower courts of erie county to motion your court for the above Request being that your court has my Reccords Im trying my best to put together a brief but Im in need of the jury transcripts because thats one of my claims. Also I would like to Request a attorney to help me with this appeal I have no legal knowlege at all and the law library is limited on the things I need is their anyway that I can get help from your court to assist me with my appeal at this stage I have no money at all to get a lawyer so I come to your court asking for help in this matter I pray you grant me both request

DP1995

Henry T. Rellie

c/c