Mr Rollie

As the Judge stated in June you will have to submit this Motion to Us Distri Court

ERIE County Courthouse    11-22-05    CRimial

Clerk of Courts    NO: 02-840-2002    Division

140 West 6th ST

ERIE, PA    C.A. NO. 05-132 - Erie western District

Motion For Jury Transcripts, Jury Selection,
~~Jury slips, Jury verdict slips, Jury service slips~~

Im coming to your Courts requesting the Above documents I have a writ of habens Corpus docket at C.A. NO. 05-132 ERIE western District the district Attorneys Office provided me with All Trial Transcripts except the Above request Im in need of the Above documents to protect my claims I filed a motion once to the courts requesting these documents but I got no respond I Am proceeding prose In my writ of habens Corpus Appeal I request all documents Above ASAP    ~~Thank You~~

LK Harry J. Rallee 11-22-05

| Copies sent to | Susan paradise Baxter |
| Brad Foulk, District Attorney | United states magistrate Judge |
| Erie county courthouse | United states District court |
| 140 W. 6th street | western District of PA |
| Erie. PA 16501 1030 | 17 South park Row Room |
| | A280 Erie PA 16501 |

Erie county courthouse

Clerk of courts

140 W 6th St Erie PA 16501