IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HENRY TEROIL ROLLIE,** ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | C.A. No. 05-132 ERIE |
| ) | |
| **SUPERINTENDENT RAYMOND,** ) | |
| **COLLERAN, et al.,** ) | |
| Respondents. ) | |

## O R DE R

  Petitioner has filed two separate motions seeking various state court records, including jury transcripts, jury selection, jury verdict slips, and jury survey slips [Document ## 20, 21]. The second of these motions also requests the appointment of an attorney. To the extent Petitioner requests an order requiring the production of state court records, Petitioner's motions are moot, as this Court has already issued an Order denying Petitioner's previous motion requesting state court transcripts. [Document ## 4, 7]. To the extent Petitioner has moved for the appointment of counsel to assist him with his pending petition for writ of habeas corpus, this request is also moot, as this Court has already issued an Order denying Petitioner's previous motion to appoint counsel. [Document ## 5, 6].

  AND NOW, this 3rd day of January, 2006;

  IT IS HEREBY ORDERED that Petitioner's "Motion for Jury Transcripts, Jury Selection, Jury Slips, Jury Verdict Slips, Jury Servey [sic] Slips" [Document # 20], and "Motion for Jury Transcripts, Verdict Slips, Jury Servey [sic] Slips" [Document # 21] be DENIED.

  IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

                S/Susan Paradise Baxter
                SUSAN PARADISE BAXTER
                Chief U.S. Magistrate Judge