Envelope:

From:
DP1445
Henry T. Rollie
P.O. Box 256
Waymart, PA 18472-0256

To:
Clerk's Office
United States District Court
P.O. Box 1820
Erie, PA 16507

FIRST CLASS

RECEIVED
MAR 16 2006
CLERK U.S. DISTRICT COURT
WEST DIST. OF PENNSYLVANIA

