CV-00132-ERIE-SJM-SPB

I just would like to no if I could have a status update Because its been Almost twenty months And I haven't heard Anything From the Courts So please Send me A docket Sheet or A status update on whats going on with my hebecus corpus has it moved Anywhere yet Also when can I ~~submit~~ Submit A brief

Henry Rallee 10-31-06

Also I have A NEW I.d # it was DP1995 but it changed to # GU0341 So please use that # Next to my name when you Respond

FILED
'06 OCT 30 P12:36
CLERK
U.S. DISTRICT COURT

Name & No. Henry Rollie GUC0341
P.O. Box 256
Waymart, PA 18472-0256

INMATE MAIL
PA DEPARTMENT OF CORRECTIONS

16307+0620-20 B002

Clerk's Office
United States District Court
P.O. Box 1620
Erie PA 16507



RECEIVED
OCT 30 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA