#GU0341
Henry Reille
P.O Box 256
Waymart, PA 18472

Clerks Office
United States District Court
P.O Box 1820
Erie, PA 16507

FIRST CLASS



RECEIVED

NOV - 8 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA