**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HENRY TEROIL ROLLIE, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 05-132 Erie |
| SUPERINTENDENT RAYMOND COLLERAN, et al., | ) |
| Respondents. | ) |

## **MEMORANDUM ORDER**

This habeas corpus action was received by the Clerk of Court on May 4, 2005, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 24], filed on October 25, 2006, recommended that Petitioner's Petition dismissed and that a certificate of appealability be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail and on Defendants. Objections were filed on November 8, 2006 [Doc. No. 26]. After de novo review of the petition and documents in the case, together with the Report and Recommendation, and objections thereto, the following order is entered:

AND NOW, this 21st day of November, 2006;

IT IS HEREBY ORDERED that Plaintiff's Petition for Writ of Habeas Corpus is DISMISSED and a certificate of appealability is DENIED.

The Report and Recommendation [Doc. No. 24] of Magistrate Judge Baxter, filed on October 25, 2006, is adopted as the opinion of the Court.

                                                  s/   Sean J. McLaughlin
                                                      United States District Judge

cm:    All parties of record
         Susan Paradise Baxter, U.S. Magistrate Judge