Henry T. Rollie  #GU-0341
P.O. Box 256
Waymart, PA  18472

United States Court of Appeals
For the Third Circuit
U.S. Courthouse
601 Market Street, Rm. 21400
Philadelphia, PA  19106-1790
**Clerk Marcia M. Waldron**

Re: Henry T. Rollie v. Raymond Colleran
    Civil Action No. 05-132Erie

Please find enclosed: **Notice of Appeal** to the United States Court of Appeals for the Third Circuit from the final judgement from an **Order** issued by the United States District Court. Please file of record in the matter referenced above.

Sincerely,

Henry Rollie

<u>In the United States Court Of Appeals for the</u>
<u>Third District of Pennsylvania</u>

Henry T. Rollie,           :    Civil Action No. 05-132 Erie
Plaintiff                  :
            v.             :    **Notice of Appeal**
Raymond Colleran, et. al., :
Defendants                 :

DEC - 6 2006

Notice is hereby given that the plaintiff, in the above named case, hereby appeals to the United States Court of Appeals for the Third Curcuit, from the final judgement from an Order issued by the United States District Judge Sean J. McLaughlin and Magistrate Judge Susan Paradise Baxter, denying Plaintiff's §2254 **Writ of Habeas Corpus Petition**.

Respectfully Submitted,


Henry Rollie

## Verification

I, the undersigned, verify that the above statements are true and correct, and that any false statements herein are made subject to **18 P.A.C.S.A. §4904** relating to unsworn falsification to authorities.

Date: _____                      Signed: _____

                                                                                                Henry Rollie

## Proof of Service

I hereby certify that on _____, I served a copy of this **Notice of Appeal** upon the persons involved in this matter indicated below.

## Service by First Class Mail

United States District Court  
Western District of Pennsylvania  
Judge Sean J. McLaughlin  
17 South Park row, Room A250  
Erie, PA  16501

Cheif United States Magistrate Judge  
Susan Paradise Baxter  
17 South Park Row, Room A280  
Erie, PA  16501

Roger M. Bauer  
Offise of the District Attorney  
Erie County Courthouse  
140 West 6th Street  
Erie, PA  16501

Date: _____

Signed: _____  
Henry Rollie