POSTAGE DUE 24¢

Name & No. Henry Reille GJ0341
P.O. Box 256
Waymart, PA 18472-0256

INMATE MAIL
PA DEPARTMENT OF CORRECTIONS

CLERK'S OFFICE
United States District [Court] P.O. Box 1820

RTS — RETURN TO SENDER

- [ ] INSUFFICIENT ADDRESS
- [ ] ATTEMPTED NOT KNOWN
- [ ] NO SUCH NUMBER/ STREET
- [ ] NOT DELIVERABLE AS ADDRESSED
- [ ] UNABLE TO FORWARD
- [x] OTHER

AGENCY REFUSES ALL POSTAGE DUE MAIL