

CLERKS OFFICE
United States District Court
Po Box 1820
Erie PA 16507