UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1820
ERIE, PENNSYLVANIA 16507
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
814-464-9600

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

May 10, 2007

Carmella Melton
U.S. Court of Appeals
Room 21400 U.S. Courthouse
Independence Mall, West
601 Market Street
Philadelphia, PA 19106

    Re: ROLLIE V COLLERAL, et al
    Civil Action No. Our case number 1:05-CV-132

Dear Ms. Melton:

    Enclosed are the State Court Records for the above captioned case.
    Please return receipt for these records on the enclosed copy of this letter.

        Very truly yours,

        ROBERT V. BARTH, JR.
        CLERK OF COURT

        By: *Jennifer L. Dash*
        Jennifer L. Dash
        Deputy Clerk

Enclosures

RECEIVED

MAY 1 6 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA