BLD-259                                                                                          May 31, 2007

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
C.A. No. 06-5046

HENRY TEROIL ROLLIE

     vs.

SUPERINTENDENT RAYMOND COLLERAN, ET AL.
(W.D. PA. CIV. NO. 05-CV-00132E)

Present:  MCKEE, FUENTES and WEIS, <u>CIRCUIT JUDGES</u>

    Submitted are

    (1)    Appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1); and

    (2)    Appellant's motion for appointment of counsel

    in the above-captioned case.

                      Respectfully,

                      Clerk

_____ORDER_____

The foregoing application for a certificate of appealability is denied because Henry Teroil Rollie has not made a substantial showing of the denial of a constitutional right. <u>See</u> 28 U.S.C. § 2253. Jurists of reason would not debate the District Court's decision to deny his petition. <u>See</u> <u>Miller-El v. Cockrell</u>, 573 U.S. 322, 338 (2003) (citing <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000)). For the reasons stated by the District Court, some of Rollie's claims are procedurally defaulted and the rest are without merit. Rollie's motion for appointment of counsel is denied.

                    By the Court,

                    s/WEIS_____
                    United States Circuit Judge

Dated: June 19, 2007
smw/cc:    Henry Teroil Rollie
             Roger M. Bauer, Esq.



A True Copy:

Marcia M. Waldron, Clerk